United States District Court
For the
Southern District of Ohio
Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| **Name of Offender: Jamil L Barhoumi** | **Case Number: 1:04CR00039** |
| **FCI Greenville** | **1:04CR00065** |

| | |
|---|---|
| Name of Sentencing Judicial Officer: | The Honorable Timothy S. Black<br>United States District Judge |
| Date of Original Sentence: | 10/29/04 |
| Original Offense: | (1:04CR00039 and 1:04CR00065) Bank Fraud, Class B Felonies, in violation of 18 U.S.C. § 1344 |
| Original Sentence: | 21 months imprisonment each case, to be served concurrently; 5 years Supervised Release; $58,795 restitution.<br><br>05/13/09: Supervised Release revoked on both cases. 24 months imprisonment each case, to be served consecutively; 3 years Supervised Release. |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | October 19, 2015 |

Assistant U.S. Attorney: Anthony Springer, Esq.    Defense Attorney: Karen Savir, Esq.

---

### PETITIONING THE COURT

☒ To issue a warrant and lodge as a detainer with the United States Bureau of Prisons
☐ To issue a Summons
☐ To grant an exception to revocation without a hearing

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | <u>The defendant shall not commit another federal, state or local crime.</u><br><br>According a police report submitted by a St. Louis County Police Detective on February 23, 2016, Barhoumi called Session Fixture Company, located in St. Louis, Missouri, identifying himself as "Dan" and requested a quote for kitchen appliances. On February 24, 2016, Barhoumi arrived at the appliance store to pick up the merchandise in a newer model silver Chevrolet Silverado. The merchandise was paid by |

PROB 12C
(12/98)
Re/ BARHOUMI, Jamal
Case No: 1:04CR00039 and 1:04CR00065

2

check to the order of Session Fixture Company for the purchase of a convection oven, Aerohot steam table, and portable oil filter. The total sum of the items purchased was $6,386.61.

Following the purchase of these items, the sales person of Session Fixture Company attempted to cash the check at a local bank and was advised by the bank teller that the check was stolen and belonged to another individual. The victim of the stolen check stated he noticed suspicious activity on his credit card bill and notified the bank.

The sales person of Session Fixture Company provided the detective with three color photos of Barhoumi obtained in the CCTV security camera as well as Adata USB device to assist with the investigation. These items and the stolen check were collected and placed in the police department's evidence room.

On March 1, 2016, the detective reviewed the video footage and still photos of the aforementioned incident at Session Fixture Company and the vehicle used to transport the merchandise as related to the incident. Upon review, the detective observed that the vehicle utilized by Barhoumi contained a dealership advertisement placard where the front license plates would have been, which read, "Jim Butler." The detective later responded to Jim Butler Chevrolet, located in St. Louis, Missouri, to further investigate the vehicle utilized during the reported incident. Upon arrival, the detective presented the vehicle information and time frame in which the incident took placed utilizing the vehicle.

The detective was informed the vehicle was taken for a 24-hour test drive by a perspective buyer on February 23, 2016, and returned February 24, 2016. The salesperson at the dealership stated that on February 23, 2016, Barhoumi expressed interest in purchasing the Silverado. After further discussion with Barhoumi, it was arranged for Barhoumi to take the vehicle home for a 24- hour period. The salesperson made a photo copy of Barhoumi's driver's license for documentation purposes of the dealership. Review of the driver's license identified Barhoumi as the individual who obtained the vehicle. The vehicle was later used on February 24, 2016, to transport the items "purchased" at Session Fixture Company by Barhoumi.

On March 24, 2016, Barhoumi's supervising United States Probation Officer in the Eastern District of Missouri received a telephone call from the detective advising Barhoumi was arrested on March 23, 2016, in regards to the aforementioned incident. The detective stated Barhoumi would be detained for further questioning.

On March 24, 2016, Barhoumi called his Missouri US Probation Officer to advise he had indeed been arrested for the said incident. Barhoumi

Sealed Under S. D. Ohio Crim. R. 32.2
Unauthorized Disclosure is Prohibited

PROB 12C
(12/93)
Re: BARHOUMI, Jamal
Case No.: 1:04CR00039 and 1:04CR00065

3

    denied the aforementioned allegations, explaining he was paid $200 by the owner of the check to purchase the merchandise for him and to transport the items to his Meat Market in Collinsville, Illinois. Barhoumi admitted to using the Chevrolet Silverado for transport of the merchandise, but denied knowingly purchasing the merchandise with a counterfeit check.

2  <u>Standard Condition: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.</u>

    On March 3, 2016, Barhoumi rendered a urine specimen at Avertest, located in St. Louis, Missouri. The results yielded positive for the use of cocaine.

    When interviewed by his Missouri US Probation Officer on March 21, 2016, in regards to the positive urine specimen, Barhoumi admitted to using cocaine.

3  <u>Standard Condition: The defendant shall not leave the judicial district without the permission of the Court or probation officer.</u>

    On March 24, 2016, while explaining his role in the aforementioned offense, Barhoumi admitted to traveling to Illinois to transport the stolen merchandise. This trip to Illinois was not approved his US Probation Officer. Barhoumi further admitted he failed to formally request to travel to Illinois.

4  <u>Standard Condition: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation Officer.</u>

    On March 31, 2016, Barhoumi's Missouri United States Probation Officer called Barhoumi and left a voicemail message requesting a return call. Barhoumi returned the officer's telephone call and was verbally directed to report to the U.S. Probation Office, located in St. Louis, Missouri, on April 1, 2016.

    Additionally on March 31, 2016, the officer mailed a letter to Barhoumi's home directing him to report to the Probation Office on April 5, 2016.

    Barhoumi failed to report to the U.S. Probation Office on April 1 and April 5, 2016, as directed.

PROB 12C
(12/88)
Re: BARHOUMI, Jamil
Case No.: 1:04CR00039 and 1:04CR00065

4

| 5 | **Standard Condition: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.** |

On July 9, 2015, the Court in the Eastern District of Missouri modified the special conditions of supervised release to include residential re-entry center placement at the request of Barhoumi's United States Probation Officer as Barhoumi did not have a suitable home plan prior to his release from the Bureau of Prisons. On October 21, 2015, Barhoumi was released from imprisonment and placed at Dismas House Residential Re-entry Center, located in St. Louis, Missouri, for residency not to exceed 120 days. However, on November 8, 2015, the Missouri United States Probation Officer was notified by staff at Dismas House that Barhoumi absconded from the facility.

When subsequently interviewed by his Missouri US Probation Officer about the noncompliance on November 8, 2015, Barhoumi explained he left Dismas House because he initially was not given a pass to go to work. Barhoumi later advised he secured an apartment home for rent in St. Louis, Missouri.

| 6 | **Special Condition: The defendant shall participate in a substance abuse treatment program approved by the probation office, which may include substance abuse testing, counseling, Residential Reentry Center placement, residential or inpatient treatment.** |

On December 28, 2015, January 1, February 1, February 14, and March 13, March 23, and April 9, 2016, Barhoumi failed to submit to random urinalysis testing at Avertest, located in St. Louis, Missouri.

When interviewed by his US Probation Officer in the Eastern District of Missouri on March 21, 2016, Barhoumi admitted to failing to submit to the random drug test. He provided various excuses, including conflicts with his work schedule and transportation.

**U.S. Probation Officer Recommendation:** Jamil Barhoumi's supervised release terms were revoked in case numbers 1:04CR00039 1:04CR00065 on May 13, 2009, and he was sentenced to 24 months imprisonment on each case, to be served consecutively. During the end of his imprisonment, Barhoumi was placed by the United States Bureau of Prisons in the Alvis House Residential Re-Entry Center (RRC) in Columbus, Ohio. Prior to the expiration of his prison sentence, Barhoumi absconded the RRC.

He was subsequently apprehended, and convicted of Escape from Custody (for having absconded the RRC) and Possessing Counterfeit Securities in Eastern District of Missouri case number 4:12CR00012. On December 7, 2012, he was sentenced to 60 months imprisonment, to be followed by three years of Supervised Release. The sentence was amended to 30 months

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:04-cr-39 and 1:04-cr-65 TSB |
| Jamil L. Barhoumi | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jamil L. Barhoumi                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See Attached Petition/Order for Warrant or Summons for Offender Under Supervision.

WARRANT TO BE LODGED AS A DETAINER WITH THE UNITED STATES BUREAU OF PRISIONS.

Date: 01/12/2017

*Issuing officer's signature*

City and state: Cincinnati, Ohio

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____      _____ Arresting officer's signature |
| _____ Printed name and title |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jamil L. Barhoumi

Known aliases: 

Last known residence: FCI Greenville

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 

Social Security number: 

Height:                                              Weight: 

Sex:                                                 Race: 

Hair:                                                Eyes: 

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: